J-A08016-18

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| | | |
|---|---|---|
| MARC MATRANGA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| U-HAUL COMPANY OF | : | No. 1067 EDA 2017 |
| PENNSYLVANIA | : | |

Appeal from the Order Entered February 15, 2017
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): March Term, 2015, No. 04019

BEFORE:    PANELLA, J., LAZARUS, J., and STRASSBURGER*, J.

DISSENTING MEMORANDUM BY STRASSBURGER, J.: **FILED JUNE 22, 2018**

Because I find that there are issues of material fact as to each of U-Haul's defenses, I would reverse the trial court's order granting summary judgment. *See Gardner v. MIA Prod. Co.*, ___ A.3d ___, 2018 WL 2423483 (Pa. Super. May 30, 2018).  Accordingly, I respectfully dissent.

---

*Retired Senior Judge assigned to the Superior Court.